**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF: H.J.B., A MINOR  :  No. 171 MAL 2022
  :
  :
  :
PETITION OF: A.P., FATHER  :  Petition for Allowance of Appeal
  :  from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.